[52 NE3d 243, 32 NYS3d 579]

MARIE CASTIGLIONE et al., Respondents, v ROBERT KRUSE et al., Appellants.

Decided May 5, 2016

## APPEARANCES OF COUNSEL

*Picciano & Scahill, P.C.*, Westbury (*Andrea E. Ferrucci* of counsel), for appellants.

*Blackstone Law Group LLP*, New York City (*Justin B. Perri* and *Alexander J. Urbelis* of counsel), and *Michael S. Langella, P.C.*, Hauppauge, for respondents.

## OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, plaintiffs' motion for summary judgment on the issue of liability denied, and certified question answered in the negative. On this record, triable questions of fact preclude summary judgment in plaintiffs' favor.

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia.